**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MGA ENTERTAINMENT, INC., a California Corporation,

Plaintiff,

vs.

EOS PARTNERS, a Delaware Limited Partnership; REDWOOD CAPITAL GROUP, a Delaware Limited Liability Company; REDWOOD MANAGEMENT, a New Jersey Corporation; ECO MANAGEMENT GROUP, a New York Limited Liability Company; ECO MASTER FUND LIMITED (a Cayman Islands exempted company), ECR MASTER FUND LIMITED (a Cayman Islands exempted company); and DOES 1-50, inclusive,

Defendants.

**Case No: 2:14-cv-6532-GW (RZx)**

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

Hearing Date: March 5, 2015
Time: 8:30 a.m.
Courtroom: 10
Judge: Hon. George H Wu

Having considered the Motion to Dismiss of Defendants EOS Partners, LP; Redwood Capital Management, LLC; ECO Management, LP; ECO Master Fund Limited, and ECR Master Fund Limited (collectively, "Defendants"), the briefs in support and opposition, the evidence presented therewith, and any argument of counsel, the Court HEREBY ORDERS THAT:

Defendants' Motion is GRANTED, and Plaintiff's complaint in the within action is DISMISSED with prejudice.

Dated: ____________________

______________________________________
HONORABLE GEORGE WU
UNITED STATES DISTRICT JUDGE