ELLIE TROPE (SBN 173068)
etrope@mgae.com
CARRIE A. MCQUAID (SBN 254066)
cmcquaid@mgae.com
MGA ENTERTAINMENT, INC. - LEGAL DEPT.
16380 Roscoe Blvd., Van Nuys, CA 91406

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| MGA ENTERTAINMENT, INC. | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:14-CV-06532-GW-RZ |
| v. | |
| EOS PARTNERS, REDWOOD CAPITAL GROUP, et al | NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

2/9/2014
*Date*

*Elanore Trope*
*Signature of Attorney/Party*

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*