**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT INC., | Case No. CV 14-6532-GW(RZx) |
| Plaintiffs, | |
| v. | **ORDER TO DISMISS** |
| EOS PARTNERS, et al., | |
| Defendants. | |

Based upon the Notice of Dismissal, filed on February 10, 2015, it is hereby ORDERED that this action is hereby dismissed in its entirety.

IT IS SO ORDERED.

Dated: February 12, 2015

BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE